UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALVARO OSWALDO
LOAIZA-ALVAREZ,

    Defendant.

Case No. 3:23-cr-99(3)

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 52); AND (2) GRANTING THE JOINT MOTION FOR A CHANGE OF PLEA HEARING (Doc. No. 41)**

---

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Alvaro Oswaldo Loaiza-Alvarez's guilty plea. Doc. No. 52. There being no objections, the Court **ADOPTS** the report and recommendation in full. The Court accepts Defendant's plea of guilty to count 2 of the superseding indictment currently pending against him and finds him guilty as charged of stealing an interstate shipment of goods with a value exceeding $1,000, in violation of 18 U.S.C. § 659 ¶1. *See* Doc. Nos. 5, 52. The Court also **GRANTS** the parties' joint motion for a change of plea hearing (Doc. No. 41). The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

May 21, 2024

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge